| | |
|---|---|
| DISTRICT COURT<br>CITY AND COUNTY OF DENVER, COLORADO<br><br>1437 Bannock St.<br>Denver, CO 80202 | **EFILED Document**<br>**CO Denver County District Court 2nd JD**<br>**Filing Date: Jun 30 2011  4:10PM MDT**<br>**Filing ID: 38461424**<br>**Review Clerk: Nancy E Magdaleno** |
| **Plaintiff(s): CODY POTTS**<br><br>**v.**<br><br>**Defendant(s): CITIGROUP INC., ET AL .** | **Case Number: 11CV2544**<br><br>**Courtroom 215 (FKA Ctrm 7)** |
| **SHOW CAUSE ORDER** | |

THIS MATTER is before the Court, *sua sponte*.

The Plaintiff is hereby ORDERED to show cause in writing within thirty (30) days of this date why the matter should not be dismissed for failure to comply with one or more of the following:

1. The Court's Delay Reduction Order and/or Alternate Dispute Resolution Order.
2. Failure to prosecute.  C.R.C.P. 41(b)(2) and C.R.C.P. 121 Section 1-10.
3. Failure to file pleadings pursuant to C.R.C.P. 16.

In the absence of such showing, the case will be dismissed without prejudice and **without further notice**.  Costs shall be awarded pursuant to C.R.S. 13-16-113(1).

DATED:  JUNE 30, 2011.

BY THE COURT:

William W. Hood III
District Court Judge

cc:    Counsel