**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02177-REB-BNB

CODY L. POTTS,

     Plaintiff,
v.

CITIFINANCIAL, INC., and
PACIFICARE OF COLORADO, INC., jointly and severally,

     Defendants.

**MINUTE ORDER**[1]

     The matter is before the court on the **Unopposed Motion For Leave To File Amended Motion To Dismiss and For Extension of Deadline To File Responsive Pleading** [#36][2] filed December 12, 2011.  The motion is **GRANTED**, and the **Defendants' Amended Motion To Dismiss Pursuant to Fed. R. Civ. P. 12(B)6)** [#36-1] is accepted for filing.

     **IT IS FURTHER ORDERED** that the deadlines for filing of responsive pleadings under Fed. R. Civ. P. 12(a)(4) shall run from the date of this minute order.

     Dated:  December 13, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#3]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.